O
JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTAY HYDRAULICS, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>SAFETY-KLEEN SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-07357-ODW(VBKx)<br>**ORDER VACATING REMAND ORDER [23]**<br>`cc: order vacating, docket,`<br>`remand letter to Los Angeles`<br>`Superior Court No. BC 487171` |

　　　Due to a calendaring error, the Court miscalculated the date by which Defendant Safety-Kleen's opposition to Otay's Motion to Remand (ECF No. 22) was due. The Court therefore **VACATES** its Order remanding this action (ECF No. 23). Safety-Kleen's opposition remains due by April 29, and Otay's reply remains due on May 3, 2013. (*See* ECF No. 20.) The Court, however, **VACATES** the May 13 hearing on Otay's motion. An order will issue.

　　　**IT IS SO ORDERED.**

　　　April 25, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**